Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Solicitor General Beck* for the United States. *Mr. R. L. Batts* and *Mr. Frank M. Swacker* for respondent.

---

No. 915. YOUNG MEN'S CHRISTIAN ASSOCIATION OF COLUMBUS, OHIO, ET AL. *v.* ORA DAVIS ET AL. May 21, 1923. Petition for rehearing granted; and petition for a writ of certiorari to the Supreme Court of the State of Ohio granted. *Mr. Frank Davis, Jr., Mr. Henry A. Williams, Mr. Guy W. Mallon* and *Mr. James I. Boulger* for petitioners. *Mr. Arthur I. Vorys* for respondents. [See *post*, 745.]

---

No. 1041. LOUIS B. MACKENZIE v. A. ENGELHARD & SONS COMPANY. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. William Marshall Bullitt* for petitioner. No appearance for respondent.

---

No. 1052. A. ENGELHARD & SONS COMPANY *v.* LOUIS B. MACKENZIE. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. R. A. McDowell* for petitioner. No appearance for respondent.

---

No. 1012. WESTERN UNION TELEGRAPH COMPANY *v.* J. A. CZIZEK. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Francis Raymond Stark* and *Mr. Beverly L. Hodghead* for petitioner. No appearance for respondent.